467 A.2d 47

Commonwealth v. Smith, Appellant.

Submitted November 15, 1982. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.